# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAVIER RAMIREZ                                                                                    PLAINTIFF

V.                                        NO: 3:17CV0248 JLH

KEITH BOWERS                                                                                      DEFENDANT

## ORDER

Plaintiff Javier Ramirez was confined in the Craighead County Detention Center at the time he filed a *pro se* § 1983 complaint alleging that defendant violated his constitutional rights. Document #1. On September 18, 2017, the Court ordered Ramirez to pay the $400 filing fee or file an application to proceed *in forma pauperis* within 30 days. Document #2. Ramirez has neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. Further, mail from the Court to Ramirez has been returned as undeliverable. Documents #3, #4, #5. Ramirez apparently failed to notify the Court of his change of address. Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE