# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAVIER RAMIREZ                                                                                          PLAINTIFF

V.                                    NO: 3:17CV0248 JLH

KEITH BOWERS                                                                                           DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE